■ JAMES R. MERCER, JR., Appellant, v LAURA A. CRAMER, Respondent.—Motion for poor person relief denied. Memorandum: Under the circumstances existing at the time of the presentation of the petition, we find no merit to this appeal. The dismissal of the petition was without prejudice to the commencement of another proceeding at a later date. Hence, petitioner, may, if so advised, reapply to Family Court showing his present circumstances. Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ GORDON PHILLIPS, Respondent, v JOYCE A. CATANIA, Appellant.—Motion granted to extent appeal may be perfected by filing one record and eight briefs. Memorandum: The court has no power to waive the $200 filing fee on appeal. Although parties who have been granted permission to proceed as poor persons are not required to pay the filing fee, appellant admits that she does not qualify as a poor person. Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ L.T.B. CONSTR. CO., INC., Respondent, v PORT OF OSWEGO AUTH., Appellant.—Motion for reargument or for leave to appeal to the Court of Appeals denied; cross motion for expedited appeal denied. Memorandum: Motion for reargument or for permission to appeal to the Court of Appeals denied. Any stay that may have been effected by the appeal taken by defendant, Port of Oswego Authority, was vacated by our order entered December 23, 1988 [145 AD2d 995]. Present —Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ JUDITH M. ADAMS, Respondent, v FRED M. ADAMS, Appellant.—Motion for stay denied. (See, Zacharek v Zacharek, 112 AD2d 54.) Present—Callahan, J. P., Doerr, Balio and Lawton, JJ.

■ PEOPLE, Respondent, v DAVID CETOLA, Appellant.—Motion for summary reversal denied with leave to renew upon a showing that there are no alternative means to reconstruct the missing part of the record for review upon appeal (see, People v Glass, 43 NY2d 283; Matter of Christian [Carty], 122 AD2d 622). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE v DANIEL NIES, Defendant.—Motion to extend time to take appeal denied with leave to renew upon the submission of facts required by CPL 460.30 (2). Present—Callahan, J. P., Doerr, Boomer, Pine and Lawton, JJ.